UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**United States v. Raheem Gosa**

## PETITION FOR WRIT OF HABEAS CORPUS

1. Raheem Gosa,, (D/O/B: 11/18/1977) SBI #000451285C is now confined at Hudson County Jail.

2. Said individual will be required at Newark, New Jersey, before the Honorable Faith S. Hochberg, Newark, NJ 07102, on Tuesday, March 10, 2009, at 10:00 a.m., for Sentencing in the above-captioned matter. A Writ of Habeas Corpus should issue for that purpose.

DATED: February 25, 2009

Scott B. McBride
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 2/27/09

Hon. Faith S. Hochberg
United States District Judge

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Hudson County Jail, YOU that you have the body of

**RAHEEM GOSA**

now confined at Hudson County Jail, be brought to the United States District Court, before the Honorable Faith Hochberg, in Newark, NJ on Tuesday, March 10, 2009, 10:00 a.m., so that he may appear for Sentencing in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Faith S. Hochberg
United States District Judge
Newark, New Jersey.

DATED: 2/27/09

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk